**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE:**

**TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-291S**

**CHEROKEE CONSTRUCTION CO.**

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

The Plaintiff in the above-entitled action, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby makes application to the Clerk for entry of Default for the Plaintiff against the Defendant, Cherokee Construction Co., for failure of said Defendant to plead or otherwise defend.

Said failure of Defendant to plead or otherwise defend is set forth in the Affidavit immediately following this application.

Plaintiff,

By its Attorneys,

***Coia & Lepore, Ltd.***

Peter J. Comerford, Esq. #3588
226 South Main Street
Providence, RI 02903
401/751-5522 (Telephone)
401/331-3758 (Facsimile)

**AFFIDAVIT OF FAILURE TO PLEAD OR DEFEND**

The undersigned, being duly sworn, upon oath deposes and states:

action was/were, in the Military Service of the United States, as defined in Article 1 of the Soldiers' and Sailors Civil Relief Act of 1940, as amended, nor an infant(s) nor an incompetent(s) and presently has a business address at 220 Button Hole Drive, Providence, Rhode Island.

____________________

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn to before me in Providence, on this 28 day of July, 2005.

____________________
Notary Public

Roka Francis
Please Print Name

11-6-07
My Commission Expires

**ENTRY OF DEFAULT**

It appearing that the Defendant, Cherokee Construction Co., in the above-entitled action has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

DEFAULT is hereby entered for the Plaintiff and against the said Defendant, Cherokee Construction Co., on this ____ day of July, 2005.

____________________
Clerk