UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
OCT 21 2005
Property of U.S. District Court
District of Rhode Island

**IN RE:**

**RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND**

**VS.** **C.A. NO. 05-291S**

**CHEROKEE CONSTRUCTION CO.**

**STIPULATION OF DISMISSAL**

The above-entitled matter is hereby dismissed with prejudice, without interest or costs.

Plaintiffs,
By their Attorneys,
***COIA & LEPORE, LTD.***

Peter J. Comerford, Esquire (#3588)
Attorney for the Plaintiffs
226 South Main Street
Providence, RI 02903
(401) 751-5522

Dated: October 19, 2005

ENTER WM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 10/25/05